# Order

Michigan Supreme Court
Lansing, Michigan

October 24, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

145191

PEOPLE OF THE STATE OF MICHIGAN,
         Plaintiff-Appellee,

v

SC:  145191
COA:  304004
Jackson CC:  11-004017-FH

LEE ADAM BYNUM,
         Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the May 17, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2012

_____
Clerk

s1017